Higgin Manufacturing Company, Appellant, v. Walter L. Fleischman and Jessie E. Fleischman, Respondents. Higgin Manufacturing Company, Plain-

* See 130 App. Div. 265.— [REP.

tiff, v. Walter L. Fleischman, Defendant.— Motions granted, without costs. Present — Woodward, Jenks, Gaynor and Miller, JJ.